IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| KATHERINE CONRAD, on behalf of herself and all wrongful death beneficiaries of JOHN ALEC CONRAD,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCK & CO., INC., A FOREIGN CORPORATION; FICTITIOUS DEFENDANTS A, B, C AND D, BEING THOSE PERSONS, FIRMS OR CORPORATIONS WHOSE FRAUD, SCHEME AND/OR OTHER WRONGFUL CONDUCT CAUSED OR CONTRIBUTED TO THE PLAINTIFF'S INJURIES AND DAMAGES DEFINED HEREIN, WHO ARE UNKNOWN AT THE PRESENT TIME, BUT WILL BE SUBSTITUTED BY AMENDMENT WHEN ASCERTAINED,<br><br>    Defendants. | Case No.: 4:07cv195 WAP-EMB<br><br>JURY TRIAL DEMAND |

**ORDER GRANTING STAY PENDING TRANSFER DECISION**
**BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**THIS CAUSE** came before the Court on the motion of Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from Vioxx®. The Court, having considered the motion and the

entire record in the cause finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

**THIS**, the 21st day of December, 2007.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE